IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States,<br>    Plaintiff,<br><br>v.<br><br>Arturio Austin,<br>    Defendant. | Case No. 06 CR 451-49<br><br>Judge: Matthew F. Kennelly |

## ORDER

The Court denies defendant Arturio Austin's motion for reduction of sentence [dkt. no. 982]. Retroactively-applicable amendments to the Sentencing Guidelines reduce Mr. Austin's base offense level to 34, which means that his advisory Guidelines range would be 188 to 235 months. However, the Court already imposed a sentence under the low end of that range. The amendments to the Guidelines preclude a reduction below the low end of the newly-applicable range. See U.S.S.G. §1B1.10(b)(2)(A). This prevents the Court from ordering a further reduction in Mr. Austin's case.

_____
MATTHEW F. KENNELLY
United States District Judge

Date:  9/21/2015